# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. _08mj0445_ |
| ) | ORDER |
| vs. ) | |
| _Corria-Contreras, et al._ ) | RELEASING MATERIAL WITNESS |
| ) | |
| Defendant(s) ) | Booking No. |

**CATHY ANN BENCIVENGO**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

_Maria Mata-Jimenez_

DATED: _3/3/08_

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

RECEIVED _____
DUSM